774 A.2d 733

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Eric M.D. LEVANDE, Respondent.**

**No. 658 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 2, 2001.

*ORDER*

PER CURIAM:

AND NOW, this 2nd day of April, 2001, upon consideration of the Report and Recommendations of the Disciplinary Board dated February 2, 2001, it is hereby

ORDERED that ERIC M.D. LEVANDE, be and he is SUSPENDED from the Bar of this Commonwealth for a period of one (1) year and one (1) day, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.